UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION DIRECTOR, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-1715-MJS (PC)<br><br>VOLUNTARY DISMISSAL OF ACTION<br><br>(ECF Nos. 5, 7, & 8)<br><br>CLERK SHALL CLOSE CASE |

Plaintiff Joseph H. Grimes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the Magistrate Judge handling all matters in this action. (ECF No. 6.)

This action was initiated October 14, 2011. (ECF No. 1.) Plaintiff has since filed three different requests to dismiss this action, on November 3, 2011, November 21, 2011, and December 5, 2011. (ECF Nos. 5, 7, & 8.) Plaintiff asks that this action be dismissed without prejudice. (ECF No. 7.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's request to withdraw is read as a notice of dismissal.

-1-

1  Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED
2 without prejudice.
3  The Clerk shall CLOSE this case.
4
5
6 IT IS SO ORDERED.
7 Dated:    December 16, 2011            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28